IN RE: MARVIN D. & VIOLA M. LAWSON     CASE NO.: 04-21627-LC-13

---

## TRANSMITTAL AND DEPOSIT OF
## UNCLAIMED FUNDS

Now into Court, comes Keith A. Rodriguez, Standing Chapter 13 Trustee, who reports

the following:

1.

That pursuant to Code Section 347(a) ninety days or more has passed since final

distribution was made under 11 U.S.C. in certain cases, and pursuant to Rule 3011, the name of

the persons whom such unnegotiated distribution checks were issued, the amount of the check

and the creditor's last known address is as follows:

**HIBERNIA NATIONAL BANK**
**% LENDING LAW DEPT.**
**225 BARONNE ST., 11TH FL**
**NEW ORLEANS, LA 70112**

2.

Your Trustee's check for $___16.40___ payable to the Clerk, U.S. Bankruptcy Court, has been

mailed.

Respectfully submitted this ___25th___ day of ___November___, 2009.

KEITH A. RODRIGUEZ
STANDING TRUSTEE CHAPTER 13
P.O. BOX 3445
LAFAYETTE, LA 70502
(337) 233-4413